UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter:  7 |
| Thomas E. Gove, Jr., | ) | Case No. 09-22405-JNF |
| Debtor | ) | |
| | ) | |
| | ) | |

## DEBTOR'S OPPOSITION TO CREDITOR GEORGE T. O'BRINE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Now come the Debtor in the above-entitled matter, Thomas E. Gove, Jr. (the "Debtor"), and hereby opposes the Motion for Relief from the Automatic Stay filed by George T. O'Brine (the "Creditor") in the above referenced bankruptcy.

In support hereof, debtor states the following:

1. On December 23, 2009, Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

2. A creditor's meeting was held by the interim United States Trustee on or about January 21, 2010.

3. The Creditor was properly listed in the Debtor's petition as an unsecured nonpriority creditor in Schedule F.

4. The Debtor denies that the Creditor is entitled to relief from the automatic stay and denies that the Creditor has any ability to make any collection efforts against the Debtor during the pendency of this proceeding.

WHEREFORE, the Debtor requests that this Honorable Court grant Debtor the following relief:

1. Deny Creditor George T. O'Brine's Motion for Relief from the Automatic Stay; and,

2. Grant such other and further Relief as this Honorable Court deems just and proper.

Respectfully submitted.

Thomas E. Gove, Jr.
By his Attorney,

Dated: February 5, 2010

/s/ Mark W. Bartolomei
Mark W. Bartolomei
Attorney at Law
51 Union Street, Suite G10
Worcester, MA 01608
(508) 754-5900
BBO # 561024

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on Friday, February 05, 2010, I electronically filed the within Debtor's Opposition to Creditor George T. O'Brine's Motion for Relief from the Automatic Stay with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of the U.S. Trustee

Stephen E. Shamban
**Chapter 7 Trustee**

    I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following parties listed below:

Comcast
P.O. Box 1577
Newark, NJ 17071

Sprint/Nextel
P.O. Box 660075
Dallas, TX 75266

Asset Acceptance
P.O. Box 2036
Warren, MI 48090

Bank of America
4060 Ogletown Stanton Road
Newark, DE 19713

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

Best Buy/HSBC
P.O. Box 15524
Wilmington, DE 19850

Boston Red Sox Baseball Club L
C/o Unifund CCR Partners
10625 Techwoods Circle

Cincinnati, OH 45242

GEMB/GAP
P.O. Box 981400
El Paso, TX 79998

GEMB/Old Navy
P.O. Box 981400
El Paso, TX 79998

George T. O'Brine
24 Main Street
Peabody, MA 01960

Harvard Vanguard Med. Assocs.
C/o Peter Roberts & Associates
231 E Main Street, Ste. 2A
Milford, MA 01757

HSBC Polaris
P.O. Box 5253
Carol Stream, IL 60197

LVNV Funding, LLC
P.O. Box 10497
Greenville, SC 29603

Merolla Chiropractic
11 Robert Street
Attleboro, MA 02703

Middlesex Savings Bank
64 Main Street
Concord, MA 01742

North Star Capital Acquisition
LLC, Assignee of Kay Jewelers
C/o Lustig, Glaser & Wilson, P.C.
P.O. Box 9127
Needham, MA 02492-9127

NStar Electric
1 NStar Way
Westwood, MA 02090

NStar Gas

1 NStar Way
Westwood, MA 02090

Wells Fargo Financial
P.O. Box 660217
Dallas, TX 75266

Wells Fargo Financial Bank
P.O. Box 98751
Las Vegas, NV 89193-8751

Signed under the pains and penalties of perjury.

Dated: February 5, 2010

/s/ Mark W. Bartolomei
Mark W. Bartolomei, Esquire